UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILL R. LECKRON, | Case No. C13-5931-JCC-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 23.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall further consider the severe medically determined impairments during the period at issue, evaluate the medical and other opinions of record, reassess the claimant's maximum residual functional capacity during the period at issue, and if necessary, obtain supplemental vocational evidence. The ALJ shall also make a de novo

REPORT AND RECOMMENDATION
PAGE - 1

1  determination as to disability, and issue a new decision.

2      Upon proper application, the Court will consider whether reasonable attorney's fees and
3  costs should be awarded pursuant to 28 U.S.C. § 2412.

4      Because the parties have stipulated that the case be remanded as set forth above, the
5  Court recommends that United States District Judge John C. Coughenour immediately approve
6  this Report and Recommendation. The Clerk should note the matter for **May 6, 2014** as ready
7  for Judge Coughenour's consideration. A proposed order accompanies this Report and
8  Recommendation.

9      DATED this 6th day of May, 2014.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2