THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9  JILL R. LECKRON,                              CASE NO. C13-5931-JCC

10                          Plaintiff,           ORDER REVERSING AND
                                                 REMANDING CASE FOR
11          v.                                   FURTHER ADMINISTRATIVE
                                                 PROCEEDINGS
12  CAROLYN W. COLVIN, Acting
13  Commissioner of Social Security,

14                          Defendant.

15          This matter comes before the Court on the Report and Recommendation of the Honorable

16  James P. Donohue, United States Magistrate Judge. (Dkt. No. 24.) Having thoroughly considered

17  the Report and Recommendation, the parties' briefing, and the balance of the record, the Court

18  hereby finds and orders:

19          (1)  The Court ADOPTS the Report and Recommendation in full.

20          (2)  The final decision of the Commissioner is REVERSED and the case is REMANDED

21               to the Social Security Administration for further administrative proceedings

22               consistent with the Report and Recommendation.

23          (3)  The Clerk of the Court is respectfully DIRECTED to send copies of this Order to the

24               parties and to Judge Donohue.

25  //

26  //

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 1

1      DATED this 8th day of May 2014.

2

3

4

5

6

7

8                                  John C. Coughenour
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 2