THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILL LECKRON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. C13-5931-JCC<br><br>ORDER |

　　This matter comes before the Court on Plaintiff Jill Leckron's unopposed motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 29). Under § 406(b)(1),

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits.

Leckron agreed to pay Counsel 25% of her past-due benefits if her Social Security appeal was successful. (Dkt. No. 29-2 at 2.) Leckron received $89,606.00 in past-due benefits. (Dkt. No. 29-3 at 2.) Accordingly, Leckron asks this Court to authorize an attorney fee of $16,401.50.[1] (Dkt. No. 29 at 1.)

---

[1] This amount takes into account a recently-allowed agency fee of $6,000. (Dkt. No. 29 at 1.)

ORDER
PAGE - 1

1       The Commissioner does not oppose the request or the amount of fees. (*See* Dkt. No. 30 at
2 1.) The motion for attorney fees (Dkt. No. 29) is GRANTED. The Court authorizes attorney fees
3 in the amount of $16,401.50 in accordance with 42 U.S.C. § 406(b). Counsel is directed to
4 refund Leckron $7,809.14, the amount in attorney fees paid to Counsel under the Equal Access
5 to Justice Act, 28 U.S.C. § 2412. (*See* Dkt. No. 29 at 1.)
6       DATED this 23rd day of January 2017.

                                              John C. Coughenour
                                              UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2